IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARQAWI ABDU ALI AL-HAJJ, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 09 -745 (RCL) |
| v. ) | |
| ) | |
| BARACK OBAMA, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

**ORDER**


Upon consideration of Respondents' Consent Motion for Further Enlargement of Time to

Respond to the Discovery Order entered September 4, 2009, it is hereby

ORDERED that the Respondents are allowed until November 25, 2009, to complete the

ordered discovery.

SO ORDERED.


Date: 11/9/2009                             _____/s/_____
                                             ROYCE C. LAMBERTH
                                             UNITED STATES DISTRICT JUDGE